IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL C. JONES,
    Plaintiff,

vs.                               Case No. 3:10cv127/MCR/MD

ESCAMBIA COUNTY SHERIFFS
OFFICE, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff filing a civil rights complaint (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2) on April 27, 2010.

On April 29, 2010, this court entered an order denying plaintiff's motion to proceed *in forma pauperis* and gave him twenty-eight (28) days to pay the $350.00 filing fee or file a renewed motion to proceed *in forma pauperis* (doc. 4). After receiving no response from plaintiff, on June 9, 2010, plaintiff was given twenty-one (21) days in which to show cause why this case should not be dismissed for failure to prosecute (doc. 5). Well over twenty-one days has elapsed, and plaintiff has not responded to the order or explained his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

That this case be DISMISSED without prejudice for plaintiff's failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 20th day of July, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**